UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SABRAJ SINGH BAL,<br><br>          Plaintiff,<br><br>     v.<br><br>ERIC H. HOLDER, et al.,<br><br>          Defendants. | Case No.:  14-cv-04414-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Win Eaton
Defendant's Attorney: Sarah Vuong

    An initial case management conference was held on April 1, 2015.  A further case management conference is set for July 22, 2015, at 2:00 p.m.  The parties shall file their joint case management statement by July 15, 2015.

    The parties shall contact the ADR unit for early neutral evaluation within ninety days. The parties shall file a joint status report by April 15, 2015, indicating whether the parties have been able to locate an appropriate early neutral evaluator.

    The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: May 1, 2015

FACT DISCOVERY CUTOFF: June 30, 2015

DISPOSITIVE MOTIONS shall be filed by July 31, 2015, and set for hearing no later than

1

Case No.: 14-cv-04414-LHK
CASE MANAGEMENT ORDER

September 10, 2015 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: November 19, 2015, 2016, at 1:30 p.m.

COURT TRIAL: January 25, 2016, at 9:00 a.m.  Trial is expected to last 1 day.

**IT IS SO ORDERED.**

Dated: April 1, 2015

_____
LUCY H. KOH
United States District Judge