UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SABRAJ SINGH BAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC H. HOLDER, et al.,<br>　　　　　Defendants. | Case No.  14-cv-04414-LHK<br><br>**ORDER REFERRING PARTIES TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |

　　　　The Court ADR Unit has informed the Court that an appropriate neutral evaluator with immigration law expertise could not be identified. Based on the parties' prior requests and the Court's April 1, 2015 case management order, ECF No. 28, the Court now refers the parties to Magistrate Judge Paul Grewal for a settlement conference within ninety days.

　　　　All other deadlines remain as set.

**IT IS SO ORDERED.**

Dated: April 15, 2015

　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1
Case No.14-cv-04414-LHK
ORDER REFERRING PARTIES TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE