UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SABRAJ SINGH BAL,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC H. HOLDER, et al.,<br><br>  Defendants. | Case No. 14-cv-04414-LHK<br><br>**ORDER DENYING A STAY**<br><br>Re: Dkt. No. 39 |

The parties' request for a stay is DENIED.

**IT IS SO ORDERED.**

Dated: September 23, 2015

_____
LUCY H. KOH
United States District Judge

Case No. 14-cv-04414-LHK
ORDER

1