UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SABRAJ SINGH BAL,<br><br>            Plaintiff,<br><br>     v.<br><br>ERIC H. HOLDER, et al.,<br><br>            Defendants. | Case No. 14-cv-04414-LHK<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 44 |

The parties' joint motion to dismiss this case without prejudice is granted. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 7, 2015

_____
LUCY H. KOH
United States District Judge